IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02426-BNB

MANUEL POBLANO ROBLES,

Plaintiff,

v.

ARISTEDES ZAVARES (Executive D.O.C.),
MR. MILYARD (Sterling Correctional Warden), Sterling, Colorado,
BEV DOWIS (C.D.O.C. Medical Supervisor), Colorado Springs, Colorado,
DR. FRANKS (C.D.O.C. Medical Supervisor), Colorado Springs, Colorado,
P.A. MRS. STOCK (Sterling Correctional Medical), Sterling, Colorado, and
DR. FORTUNATO (Sterling Correctional Medical), Sterling, Colorado,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 1 2008

GREGORY C. LANGHAM
CLERK

## AMENDED ORDER TO CURE

Plaintiff, Manual Poblano Robles, was a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Sterling, Colorado, correctional facility when he filed *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). Mr. Robles seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 17, 2008, Mr. Robles submitted a notice of change of address indicating that he no longer is incarcerated. Therefore, the clerk of the Court will be directed to remail to Mr. Robles at his new address a copy of the November 7, 2008, order directing the clerk of the Court to commence a civil action and directing Mr. Robles to cure certain enumerated deficiencies. The only deficiency in the

November 7, 2008, order that the Court will continue to require Mr. Robles to cure is to submit an amended complaint with all of its pages.

Since Mr. Robles has been released from incarceration, his continuing obligation to pay the $350.00 filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Alternatively, Mr. Robles may elect to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the clerk of the Court remail to Plaintiff at his new address a copy of the November 7, 2008, order directing the clerk of the Court to commence a civil action and directing Mr. Robles to cure certain enumerated deficiencies. The only deficiency in the November 7 order that the Court will continue to require Mr. Robles to cure is to submit an amended Prisoner Complaint with all of its pages. It is

FURTHER ORDERED that Mr. Robles submit within **thirty days from the date of this order** an amended Prisoner Complaint. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, CO 80294-3589. It is

2

FURTHER ORDERED that Mr. Robles submit within **thirty days from the date of this order** either the $350.00 filing fee in order to pursue his claims in this action or, alternatively, an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, CO 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff a copy of this order together with two copies of the Prisoner Complaint form to be used in submitting the amended complaint and two copies of the nonprisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to be used in submitting the amended motion and affidavit. It is

FURTHER ORDERED that if Mr. Robles fails, within thirty days from the date of this order, either to file an amended complaint or to pay the $350.00 filing fee or file the amended motion and affidavit, the complaint and action will be dismissed without further notice.

DATED December 1, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02426-BNB

Manuel Poblano Robles
8306 Quivas Way
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER, a copy of the November 7, 2008 Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, and two copies of the Prisoner Complaint form** to the above-named individuals on 12/11/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk