IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02426-BNB

MANUEL POBLANO ROBLES,

    Plaintiff,

v.

ARISTEDES ZAVARES (Executive D.O.C.),
MR. MILYARD (Sterling Correctional Warden), Sterling, Colorado,
BEV DOWIS (C.D.O.C. Medical Supervisor), Colorado Springs, Colorado,
DR. FRANKS (C.D.O.C. Medical Supervisor), Colorado Springs, Colorado,
P.A. MRS. STOCK (Sterling Correctional Medical), Sterling, Colorado, and
DR. FORTUNATO (Sterling Correctional Medical), Sterling, Colorado,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 8 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Manuel Poblano Robles, was a prisoner in the custody of the Colorado Department of Corrections at the Sterling, Colorado, correctional facility when he filed *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). Mr. Robles seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 17, 2008, Mr. Robles submitted a notice of change of address indicating that he no longer is incarcerated. Therefore, on December 1, 2008, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to remail to Mr. Robles at his new address a copy of the November 7, 2008, order directing the clerk of the Court to commence a civil action and directing Mr. Robles to cure certain enumerated deficiencies. Magistrate Judge Boland noted in the December

1 order that the only deficiency in the November 7, 2008, order the Court would continue to require Mr. Robles to cure is to submit an amended complaint with all of its pages.

In the December 1, 2008, order, Magistrate Judge Boland pointed out that, since Mr. Robles had been released from incarceration, his continuing obligation to pay the $350.00 filing fee was to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. **See Whitney v. New Mexico**, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also* **McGore v. Wrigglesworth**, 114 F.3d 601, 612-13 (6th Cir. 1997); **In re Prison Litigation Reform Act**, 105 F.3d 1131, 1138-39 (6th Cir. 1997); **McGann v. Commissioner, Soc. Sec. Admin.**, 96 F.3d 28, 29-30 (2d Cir. 1996). Magistrate Judge Boland also pointed out that Mr. Robles may elect to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as an alternative to paying the full $350.00 filing fee.

Magistrate Judge Boland directed the clerk of the Court to mail to Mr. Robles, together with a copy of the December 1, 2008, order, two copies of the Prisoner Complaint form to be used in submitting the amended complaint and two copies of the nonprisoner Motion and Affidavit form Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to be used in submitting the amended motion and affidavit. Magistrate Judge Boland warned Mr. Robles that if he failed, within the time allowed, either to file an amended complaint or to pay the $350.00 filing fee or file the amended motion and affidavit, the complaint and the action would be dismissed without further notice. Mr.

Robles has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and action are dismissed without prejudice for failure to cure the deficiencies designated in the December 1, 2008, amended order to cure and for failure to prosecute.

DATED at Denver, Colorado, this  8  day of  Jan. , 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02426-BNB

Manuel Poblano Robles
8306 Quivas Way
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/8/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk